UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff
vs.
Fortino Alvarado Ortega
Defendant(s)

CRIMINAL NO. 08 mj 616

ORDER
RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody ~~of the~~ United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Neri Alberto Hernandez Acosta

DATED: 3-13-08

LOUISA S. PORTER
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

11 9MB

☆ U.S. GPO: 2003-581-774/70082