FILED
MAR
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FORTINO ALVARADO-ORTEGA (1) ALEJANDRO ROSAS-CAMPIZ (2), Defendants. | Criminal Case No. 08CR0917-BEN<br>I N F O R M A T I O N<br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about February 28, 2008, within the Southern District of California, defendants FORTINO ALVARADO-ORTEGA and ALEJANDRO ROSAS-CAMPIZ , with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Neri Alberto Hernandez-Acosta, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 3/27/08.

KAREN P. HEWITT
United States Attorney

[signature] Charlotte E. Kaiser

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:San Diego
3/7/08